Updated: 7.26.2017

**Michael P. Angarone, DO**
Born: November 30, 1971: Maywood, IL
Citizenship: United States
2110 Clinton Ave
Berwyn, IL 60402
Home: 708-484-8649
E-mail: m-angarone@northwestern.edu
Pager: (312)695-3492

Division of Infectious Diseases
Northwestern Memorial Hospital
645 North Michigan Ave, Suite 900
Chicago, IL 60611
Voice: (312) 695-6601
Fax: (312) 695-5088

## Education

| | |
|---|---|
| June 1995 | University of Illinois- Urbana/ Champaign,   B.S. Microbiology |
| June 2002 | Chicago College of Osteopathic Medicine,   D.O. Medicine |

## Graduate Medical Education

| | |
|---|---|
| July 2002-June 2005 | Loyola University Medical Center, Internal Medicine Internship and Residency |
| July 2005-June 2006 | Loyola University Medical Center, Internal Medicine Chief Resident |
| July 2006-July 2009 | Northwestern Memorial Hospital Infectious Diseases Fellowship |

## Postdoctoral Research Training

| | |
|---|---|
| July 2008-July 2009 | Northwestern University, Research Assistant Oncology/Immunology |

## Board Certification and Medical Licensure

| | |
|---|---|
| 2008-2011 | Licensed Physician, State of Illinois, license #036-114094 |
| 2015-2025 | Diplomat, American Board of Internal Medicine, #264970 |

Exhibit B

Updated: 7.26.2017

| | |
|---|---|
| 2008-2018 | Diplomat in Infectious Disease, American Board of Internal Medicine, #264970 |

**Military Service**

| | |
|---|---|
| July 1988 - July 1998 | United States Army Reserve, Medical Laboratory Technician |
| November 1990-May 1991 | Operation Desert Storm, Saudi Arabian Theatre |
| June 1993 & June 1994 | United States Army Medical Research Institute of Infectious Diseases, Research Technician Biologic Weapons Division. |

**Employment History**

| | |
|---|---|
| June 1995- Nov 1996 | Abbott Laboratories, Viral Reagent Development |
| Nov 1996-Aug1998 | Abbott Laboratories, Antibody and Cardiac Assay Development |

**Faculty Appointments**

| | |
|---|---|
| 2009 - 2012 | Clinical Instructor, Feinberg School of Medicine, Northwestern University, Department of Medicine, Division of Infectious Disease |
| 2012- Present | Assistant Professor, Feinberg School of Medicine, Northwestern University, Department of Medicine, Division of Infectious Disease |
| 2014- Present | Assistant Professor, Feinberg School of Medicine, Northwestern University, Department of Medical Education, Division of Medical Education |

**Hospital Appointments**

| | |
|---|---|
| 2005-2009 | Emergency Room Physician, Hines Veterans Administration Hospital, Hines IL |
| 2009 - Present | Attending Physician, Northwestern Memorial Hospital, Chicago IL |

**Administrative Appointments**

Updated: 7.26.2017

| | |
|---|---|
| August 2009 – April 2010 | Co-Director of Emergency Influenza Clinic, Northwestern Memorial Hospital |
| 2009 - 2012 | Associate Clerkship Director Junior Subspecialty Medicine (M3). Northwestern University Feinberg School of Medicine |
| 2009 - Present | Infectious Disease Clinic Quality Committee Northwestern Memorial Hospital, Infectious Disease and HIV/AIDS Clinic |
| 2010 - 2012 | Curriculum Renewal Committee; Northwestern University Feinberg School of Medicine |
| 2011-Present | Inpatient Scheduler for the Department of Medicine |
| 2011-Present | Guidelines Panel Member; *National Comprehensive Cancer Network*; Prevention and Treatment of Cancer Related Infections |
| 2012 - Present | Director Infectious Disease Senior Student (M4) Elective. Northwestern University Feinberg School of Medicine |
| 2012-Present | Clerkship Director Senior Medicine Sub-internship. Northwestern University Feinberg School of Medicine. |
| 2011- Present | Core Faculty Member; Internal Medicine Residency Program, Northwestern University Feinberg School of Medicine, Department of Internal Medicine |
| 2013-Present | Intern Selection Committee, Internal Medicine Residency Program, Northwestern University Feinberg School of Medicine, Department of Internal Medicine |

**Awards and Honors**

| | |
|---|---|
| 2005-2006 | Chief Resident, LUMC Internal Medicine |
| 2005 | Robert Carlson Award for Medical Excellence |
| 2008 | Design Industry Foundation Fighting AIDS Fellow award |
| 2008 | Distinguished Teaching Award, Northwestern University Feinberg School of Medicine |
| 2009 | Teaching Award, Department of Medicine, Northwestern |

Updated: 7.26.2017

|      |      |
|------|------|
|      | University Feinberg School of Medicine |
| 2010 | Attending Teaching Award, Department of Medicine, Northwestern University Feinberg School of Medicine |
| 2010 | Attending Teaching Award, Division of Infectious Disease, Northwestern University Feinberg School of Medicine |
| 2013 | Attending Teaching Award, Division of Infectious Disease, Northwestern University Feinberg School of Medicine |
| 2014 | *Roy Patterson Teaching Award: Outstanding Teacher Award*, Internal Medicine Residents, Northwestern University Feinberg School of Medicine |
| 2015 | Attending Teaching Award, Department of Medicine, Northwestern University Feinberg School of Medicine |
| 2016 | *Roy Patterson Teaching Award: Outstanding Teacher Award*, Internal Medicine Residents, Northwestern University Feinberg School of Medicine |
| 2017 | Attending Teaching Award, Division of Infectious Disease, Northwestern University Feinberg School of Medicine |
| 2017 | *John X. Thomas, Jr Best Teachers of Feinberg Award*, Northwestern University, Feinberg School of Medicine |

## Professional Society Memberships

| | |
|---|---|
| 2008-present | American College of Physicians, Member |
| 2010-present | Infectious Disease Society of America, Member |
| 2013-present | Alliance for Academic Internal medicine/Clerkship Directors in Internal Medicine |

## Teaching

| | |
|---|---|
| August 2005-May 2006 | *Introduction to Medicine*. Instructor for second year medical students at Stritch School of Medicine. |
| Sept. 2005-Aug. 2006 | *Mechanisms of Disease*. Instructor for second year medical students at Stritch School of Medicine. |

Updated: 7.26.2017

| | |
|---|---|
| July 2006- Present | Direct supervision and ward teaching of residents and medical students rotating through the infectious disease consultation services at Northwestern Memorial Hospital. |
| July 2007 & July 2008 | *Neutropenic Fever*.  Core curriculum lecture for Northwestern Memorial Hospital internal medicine house staff. |
| August 2007-July 2008 | *Infections in the Returning Traveler*.  Infectious Disease Core Curriculum lecture for rotating medical students and residents rotating through the infectious disease consultation services at Northwestern Memorial Hospital. |
| August 2007-Present | *Sexually Transmitted Infections*.  Infectious Disease Core Curriculum lecture for rotating medical students and residents rotating through the ID service at Northwestern Memorial Hospital. |
| March 2008-May 2008 | *Problem Based Learning*. Instructor for first year medical students at the Feinberg School of Medicine. Topics included psychiatry, neurology, and dermatology. |
| Sept. 2008-Nov.2008 | *Problem Based Learning*. Instructor for second year medical students at the Feinberg School of Medicine. Topics included cardiology, nephrology, and microbiology. |
| Sept. 2009-Oct.2009 | *Problem Based Learning*. Instructor for second year medical students at the Feinberg School of Medicine. Topics included immunology and microbiology. |
| Aug 2009—2013 | Specialty Case conference for 3rd year medical students. Lead 3rd year medical students during their medicine subspecialty rotations. |
| Sept. 2010-Oct.2010 | *Problem Based Learning*. Instructor for second year medical students at the Feinberg School of Medicine. Topics included immunology and microbiology. |
| Sept. 2011-Oct 2011 | *Problem Based Learning*. Instructor for second year medical students at the Feinberg School of Medicine. Topics included immunology and microbiology. |
| Sept. 2012-Oct 2011 | *Problem Based Learning*. Instructor for second year |

medical students at the Feinberg School of Medicine. Topics included immunology and microbiology.

**Scholarly Bibliography**

a. Original, Peer-Reviewed Research Articles

1. Watson WA, Rhodes NJ, Echenique IA, **Angarone** MP, Scheetz MH. Resolution of acyclovir-associated neurotoxicity with the aid of improved clearance estimates using a Bayesian approach: A case report and review of the literature. J Clin Pharm Ther. 2017 Jun;42(3):350-355. doi: 10.1111/jcpt.12520. Epub 2017 Mar 29. PMID: 28370067

2. Trinh SA, Echenique IA, Penugonda S, **Angarone** MP. Optimal strategies for the diagnosis of community-onset diarrhea in solid organ transplant recipients: Less is more. Transpl Infect Dis. 2017 Apr;19(2). doi: 10.1111/tid.12673. Epub 2017 Mar 16. PMID: 28170133

3. Echenique IA, **Angarone** MP, Gordon RA, Rich J, Anderson AS, McGee EC, Abicht TO, Kang J, Stosor V. Invasive fungal infection after heart transplantation: A 7-year, single-center experience. Transpl Infect Dis. 2017 Feb;19(1). doi: 10.1111/tid.12650. PMID: 27943503

4. Baden LR, Swaminathan S, **Angarone** M, Blouin G, Camins BC, Casper C, Cooper B, Dubberke ER, Engemann AM, Freifeld AG, Greene JN, Ito JI, Kaul DR, Lustberg ME, Montoya JG, Rolston K, Satyanarayana G, Segal B, Seo SK, Shoham S, Taplitz R, Topal J, Wilson JW, Hoffmann KG, Smith C. Prevention and Treatment of Cancer-Related Infections, Version 2.2016, NCCN Clinical Practice Guidelines in Oncology. J Natl Compr Canc Netw. 2016 Jul;14(7):882-913. PMID: 27407129

5. Young PG, Rubin J, **Angarone** M, Flaherty J, Penugonda S, Stosor V, Ison MG. Ganciclovir-resistant cytomegalovirus infection in solid organ transplant recipients: a single-center retrospective cohort study. Transpl Infect Dis. 2016 Jun;18(3):390-5. doi: 10.1111/tid.12537. Epub 2016 Jun 9. PMID: 27037651

6. Echenique IA, Penugonda S, Stosor V, Ison MG, **Angarone MP**. Diagnostic Yields in Solid Organ Transplant Recipients Admitted with Diarrhea. Clin Infect Dis. 2015 Mar 1;60(5):729-37. doi: 10.1093/cid/ciu880. Epub 2014 Nov 3. PMID: 25371488

7. Echenique IA, **Angarone** MP, Bolon MK. A bridge too far.. Transpl Infect Dis. 2014 Oct;16(5):866-7. doi: 10.1111/tid.12258. Epub 2014 Jul 1. No

Updated: 7.26.2017

    abstract available. PMID: 24981019

8. Gounaris E, Martin J, Ishihara Y, Khan MW, Lee G, Sinh P, Chen EZ, **Angarone M**, Weissleder R, Khazaie K, Barrett TA. Fluorescence endoscopy of cathepsin activity discriminates dysplasia from colitis. Inflamm Bowel Dis. 2013 Jun;19(7):1339-45. doi: 10.1097/MIB.0b013e318281f3f8. PMID: 23591598

9. Theodoropoulos N, Wang E, Penugonda S, Ladner DP, Stosor V, Leventhal J, Friedewald J, **Angarone M**, Ison MG. BK Virus Replication and Nephropathy After Alemtuzumab-Induced Kidney transplantation. Am J Transplant. 2013 Jan;13(1):197-206. doi: 10.1111/j.1600-6143.2012.04314.x. Epub 2012 Nov 8. PMID: 23136975

b. Editorials, Reviews, Chapters, Books, Commentaries

1. Santoiemma PP, Dinwiddie SH, **Angarone MP.** Infectious disease complications in people who inject drugs. Jan 1 2017 Psychiatric Annals 2017 Jan:47(1);33-37.

2. **Angarone MP**, Sheahan A, Kamboj M. Norovirus in Transplantation. Curr Infect Dis Rep. 2016 Jun:18(6):17. PMID:27115700

3. Smith L, **Angarone M**. Sexually Transmitted Disease. Urol Clin North Am. 2015 Nov;42(4):507-18. PMID: 26475947

4. **Angarone M**, Ison MG. Diarrhea in solid organ transplant recipients. Curr Opin Infect Dis 2015 Aug;28(4):308-16. PMID: 26098506

5. **Angarone M**. Fungal Infections in Cancer Patients. Infectious Complications in Cancer Patients, Editor Valentina Stosor, Teresa R. Zembower. Springer, 2014

6. Flaherty J, **Angarone M**. *Acute Diarrhea and Vomiting*. Problem-based Approach to Gastroenterology and Hepatology. Editor John N. Plevris, Colin W. Howden. Wiley-Blackwell, 2012.

7. **Angarone, M**. Epidemiology and Prevention of Viral Infections in Patients with Hematologic Malignancies. Infectious Disorders-Drug Targets, 2011 Feb;11(1):27-33. [Invited] PMID: 21303338

8. **Angarone M**, Ison MG. Prevention and early treatment of opportunistic viral infections in patients with leukemia and allogeneic stem cell transplantation recipients. J Natl Compr Canc Netw. 2008;6(2):191-201. PMID: 18319051

Updated: 7.26.2017

c. Case reports, Technical Notes, Letters

1. Purpureocillium lilacinum tattoo-related skin infection in a kidney transplant recipient. Trinh SA, **Angarone** MP. Transpl Infect Dis. 2017 Jun;19(3). doi: 10.1111/tid.12689. Epub 2017 Apr 13. PMID: 28273390

2. Theodoropoulos N, **Angarone M**. Photo quiz. Lip lesion in a solid organ transplant recipient. Clin Infect Dis. 2012 May;54(9):1332, 1373-4. doi: 10.1093/cid/cir878. No abstract available. PMID: 22492319

3. **Angarone M**, Reddy P, Berggruen S, Noskin G. Dyspnea and Fatigue. Infectious Diseases in Clinical Practice. May 2007;15(3):178-182.

d. Proceedings and Non-refereed Papers

None

e. Software, World Wide Web-based Publications, Exhibits, Audiovisual or Other Teaching Material

None

f. Patents

None

g. Abstracts

1. **Angarone M**, Stosor V, Zembower T, Scarsi K, Burt RK. Infections (INFs) after autologous hematopoietic stem cell transplantation (HSCT) for refractory systemic lupus erythematosus (SLE). *46th IDSA-48th ICAAC* Washington, D.C. October 26, 2008. [Poster K-1398]

2. Stosor V, Zembower T, **Angarone M**, McGee E, Scarsi K, Grady K, Cotts W, Ison M. Infections (INF) after heart transplantation (HT) with basiliximab induction: a single center experience. The International Society for Heart and Lung Transplantation 29th Annual Meeting. Paris, France. April 22, 2009.

**Presentations**

July 2009                    *Neutropenic Fever*. Internal Medicine Resident Core Curriculum. Northwestern University, Feinberg School of Medicine.

Updated: 7.26.2017

| | |
|---|---|
| May 25, 2010 | *HIV Infection*. Internal Medicine Society, Medical Student Association. Northwestern University Feinberg School of Medicine. |
| August 9, 2010 | *Neutropenic Fever*. Internal Medicine Resident Core Curriculum. Northwestern University, Feinberg School of Medicine. |
| December 16, 2010 | *Update on Sexually Transmitted Infections*. Department of Urology, Northwestern University, Feinberg School of Medicine. |
| December 22, 2010 | *Update on Influenza: Information for Internal Medicine Residents*. Department of Medicine, Internal Medicine Resident Lecture Series. Northwestern University, Feinberg School of Medicine. |
| January 19, 2011 | *Primary Care in HIV: Cardiovascular Disease and Non-AIDS Related Malignancies.* 47th Annual Year in Internal Medicine. Northwestern University, Feinberg School of Medicine. |
| January 27, 2011 | *Firm Conference.* Department of Medicine. Northwestern University, Feinberg School of Medicine. |
| February 24, 2011 | *The 100 Day Cough: Bordetella pertussis Infection in Adults.* Medical Grand Rounds, St. Catherine Hospital, 4321 Fir St, East Chicago, Indiana. |
| March 30, 2011 | *Primary Care of the HIV Patient.* CME Conference. Northwestern memorial Hospital, Northwestern Memorial Faculty Foundation. |
| April 27, 2011 | *The 100 Day Cough: Bordetella pertussis Infection in Adults.* Medical Grand Rounds, St. Mary Medical Center, 1500 S. Lake Park, Hobart, Indiana. |
| May 27, 2011 | *Primary Care of the HIV Patient.* CME Conference. Northwestern Memorial Hospital, Northwestern Memorial Physician's Group |
| July 12, 2011 | *Diagnosis and Management of Opportunistic Infections in Individuals infected with HIV*. Advanced ART Physicians Training. Dar es Salaam, Tanzania |

Updated: 7.26.2017

| | |
|---|---|
| July 13, 2011 | *AIDS Related malignancies, Detection and Management.* Advanced ART Physicians Training. Dar es Salaam, Tanzania |
| September 23, 2011 | *Tick and Mosquito Borne Illnesses: A Primer for the Primary Care Physician.* 64th Annual Ward E. Perrin Clinical Refresher Course. Midwestern University. |
| September 28, 2012 | *Overview of Antibiotics.* Medical Student Internal Medicine Society, Northwestern University Feinberg School of Medicine. |
| October 11, 2012 | *ID Update: West Nile Virus and Recurrent C. difficile Infection.* 8th Annual Midwest Hospital Medicine Conference, Northwestern Memorial Hospital |
| January 18, 2013 | *Fungal Infections in Hemetologic Stem Cell Transplant Recipients.* Current Topics in HSCT Series. Northwestern University Feinberg School of Medicine |
| September 28, 2012 | *Overview of Antibiotics.* Medical Student Internal Medicine Society, Northwestern University Feinberg School of Medicine. |
| October 11, 2012 | *ID Update: West Nile Virus and Recurrent C. difficile Infection.* 8th Annual Midwest Hospital Medicine Conference, Northwestern Memorial Hospital |
| January 18, 2013 | *Fungal Infections in Hemetologic Stem Cell Transplant Recipients.* Current Topics in HSCT Series. Northwestern University Feinberg School of Medicine |
| March 27, 2013 | *Overview of Adult Vaccinations and the understanding the 2013 ACIP Adult Vaccine Guidelines.* Medical Grand Rounds, St. Mary Medical Center, 1500 S. Lake Park, Hobart, Indiana |
| May 1, 2013 | Global Impact f Diarrheal Illness. Speaker for Northwestern University Department of Global Health |
| May 10, 2013 | *Viral Infections in Hemetologic Stem Cell Transplant Recipients.* Current Topics in HSCT Series. Northwestern University Feinberg School of Medicine |
| July 23, 2013 | *Diagnosis and Management of Opportunistic Infections in* |

Updated: 7.26.2017

|  |  |
|---|---|
|  | *Individuals infected with HIV*. Advanced ART Physicians Training. Dar es Salaam, Tanzania |
| July 24, 2013 | *AIDS Related malignancies, Detection and Management.* Advanced ART Physicians Training. Dar es Salaam, Tanzania |
| August 28, 2013 | *Recurrent Clostridium difficile Infection: Antibacterials and Beyond.* Medical Grand Rounds, Presence St. Joe's Hospital, 2913 N. Commonwealth Av, Chicago IL |
| Jan 15, 2014 | *Update on Screening Tests in Infectious Disease: Universial HIV Testing, HCV testing in "Baby Boomers: and Tuberculosis Screening..* 50th Annual Year in Internal Medicine. Northwestern University, Feinberg School of Medicine. |
| Jan 21, 2014 | *Management of Recurrent Clostridium difficile Infection.* Medical Grand Rounds, Presence St. Francis's Hospital, 355 Ridge Av, Evanston IL |
| Jan 15, 2014 | *Update on Screening Tests in Infectious Disease: Universial HIV Testing, HCV testing in "Baby Boomers: and Tuberculosis Screening.* Medical Grand Round, Western Michigan University School of Medicine, Kalamazoo, MI. |
| Sept 20, 2015 | *Epidemiology of diarrhea in transplant recipients*. ICAAC 2015. San Diego, CA. Presenter and Convener. |
| Nov 16, 2015 | *Lunch and Learn: Top 5 Things You Need to Know About Influenza*. Northwestern Medicine Lunch and Learn CME. Chicago, IL. |
| Feb 22, 2016 | *Lunch and Learn: Zika Virus: What the Primary Provider Needs to Know*. Northwestern Medicine Lunch and Learn CME. Chicago, IL. |
| Mar 31, 2016 | *Vector Borne Infections*. Grand Rounds, Northwestern Medicine Lake Forrest hospital. Lake Forrest, IL |
| Sept 30, 2016 | *Antibiotic Stewardship in Clinical Practice*. Grand Rounds. Olympia Fields Hospital. Olympia Fields, IL. |
| Oct 25, 2016 | *An Update on Zika Virus*. Nursing Grand Rounds. |

Updated: 7.26.2017

|  |  |
|---|---|
|  | Northwestern Medicine. Chicago, IL. |
| Dec 16, 2016 | *Updates in HIV Infection*. 12th Annual Midwestern hospital Medicine Conference. Northwestern University Feinberg School of Medicine. Chicago, IL |
| Sept 15, 2017 | *Update on Syphilis Testing*, Northwestern Medicine Hospitalist Grand Rounds, Northwestern Medicine, Chicago, IL |
| Oct 12, 2017 | *Management of Antibiotic Resistant Infections*, Pri-Med 2017 Midwest Annual Conference, Rosemont IL |
| Oct 13, 2017 | *Ask the Expert: Infectious Diseases*, Pri-Med 2017 Midwest Annual Conference, Rosemont IL |
| Oct 20, 2017 | *Interactive Infectious Disease Cases*, 13th Annual Midwestern hospital Medicine Conference. Northwestern University Feinberg School of Medicine. Chicago, IL |