UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DUSTIN M. JAMES,

    Plaintiff,

v.

DEBRA HALE, *et al.*,

    Defendants.

Case No. 3:15-cv-01335-JPG-MAB

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: April 1, 2019

    **MARGARET M. ROBERTIE,**
    Clerk of Court

    **BY:**   s/Tina Gray
          **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**